IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01809-PAB-CBS

FRANCISCO BARRAGAN PIEDRA,
    Applicant,
v.

JOHN LONGSHORE, Field Office Director, U.S. Immigration and Customs Enforcement,
    Respondent.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Applicant's "Motion to Compell [sic] Service of Process Pursuant to Fed. R. Civ. P. 4(c)(3)." Pursuant to the Order Referring Case dated July 15, 2013 (Doc. # 4) and the memorandum dated July 26, 2013 (Doc. # 7), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Applicant's "Motion to Compell [sic] Service of Process Pursuant to Fed. R. Civ. P. 4(c)(3)" (filed July 26, 2013) (Doc. # 6) is GRANTED

    2.    If appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant John Longshore, 12445 E. Caley Ave., Centennial, CO 80111. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Petition (Doc. # 1) and summons upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

1

4(d). All costs of service shall be advanced by the United States.

Dated at Denver, Colorado this 29th day of July, 2013.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge